UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 10-14086-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DENNIS LEE KNOWLES,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Evidence, (D.E. 35).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on January 6, 2011. A Report and Recommendation was filed on January 21, 2011, recommending that Defendant's Motions to Suppress Evidence be **Denied**.

The Court has conducted an independent review of the record as well as the objections filed on behalf of the Defendant and the Government's response. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Carmen Lineberger, AUSA
        Fletcher Peacock, AFPD